<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6739**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

THOMAS PAUL JORDAN, JR.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Henry M. Herlong, Jr., District Judge.  (CR-94-618, CA-97-3344-8-20)

_____

Submitted:  January 29, 1999        Decided:  March 30, 1999

_____

Before WIDENER and NIEMEYER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Thomas Paul Jordan, Jr., Appellant Pro Se.  William Corley Lucius, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas Paul Jordan, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Jordan, Nos. CR-94-618; CA-97-3344-8-20 (D.S.C. Apr. 6, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED